# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:07-cv-01414-IPJ-RRA |
| | ) |
| WARDEN GEORGE FREE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 19, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on January 3, 2008.  (Doc. 10.)

In his objections, the plaintiff recounts several instances of alleged retaliatory conduct by prison officials while incarcerated at various prisons.  As an initial matter, many of the plaintiff's allegations are against individuals not named as defendants to this action.  Moreover, these claims, some of which occurred over ten years ago, are also barred by the statute of limitations.  The plaintiff further states in his objections that other inmates, convicted of the same or similar crime, have served less time than he has and have already been granted parole because they did not file a lawsuit against the Alabama Department of Corrections.  He states that he "seek[s] no monetary relief" but instead, "seek[s] his freedom from prison, after serving almost 19 years on a 30 year sentence."  (Doc. 10 at 10.)  To the extent the plaintiff seeks release from custody, such relief is not appropriate in an action

pursuant to 42 U.S.C. § 1983. It is well settled that a state prisoner may challenge the "fact or duration" of his imprisonment only by way of a petition for writ of habeas corpus. *Preiser v. Rodriquez*, 411 U.S. 475 (1973); *Watson v. Briscoe*, 554 F.2d 650 (5th Cir. 1977). A prisoner cannot assert such a claim under § 1983, thereby averting the exhaustion requirements in habeas actions. *Richardson v. Fleming*, 651 F.2d 366 (5th Cir. 1981); *Keenan v. Bennett*, 613 F.2d 127 (5th Cir. 1980).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of January, 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE